**Sophie Wendell, appellee, v. Israel Lanski and Samuel Lanski, appellants. Gen. No. 24,264.**

Petition by owner of equity of redemption for discharge of receiver appointed in a foreclosure proceeding. Denied. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 18, 1919.

Rubovits & Hirsch and Ninde, Potter & Owen, for appellants. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

**Ernest Reckitt and Harold Bennington, copartners, trading as Ernest Reckitt & Company, appellees, v. William J. Dunn et al., appellants. Gen. No. 24,287.**

**Will H. Dilg Advertising Company, appellee, v. William J. Dunn et al., appellants. Gen. No. 24,288.**

Action seeking to hold officers of foreign corporation doing business in State without a license, personally liable on corporation contract. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 18, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Brundage, Gorman & Brooks, for appellants. Albert O. Olson, and Gustav E. Beerly, for appellees; Ellis S. Chesbrough, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Edward Brodie, plaintiff in error. Gen. No. 24,340.**

Prosecution on charge of being a vagabond. Error to the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed. Opinion filed March 18, 1919.

Thomas H. Mercer, for plaintiff in error. Maclay Hoyne, for defendant in error.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. John Fahy, plaintiff in error. Gen. No. 24,392.**

Prosecution on charge of being a vagabond, under Criminal Code, sec. 270. Error to the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed March 18, 1919.

Thomas E. Mercer, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice McDonald delivered the opinion of the court.